IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

APCC Services, Inc.,

    Plaintiff

v.                                       1:09cv260 (JCC/JFA)

Telecents Communications, Inc.,

    Defendant.

## O R D E R

Upon consideration of the May 28, 2009, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff APCC Services, Inc., and against defendant Telecents Communications, Inc., in the amount of $105,000.00, for the final payment due under the Settlement Agreement, with interest accruing at the rate of 11.25% from November 1, 2008 until paid and attorneys fees and costs in the amount of $7,215.70.

                                                  /s/
                                         James C. Cacheris
                                         United States District Judge

Alexandria, Virginia
June 29, 2009